Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/21/2018



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KYLE P. HUNT, ) | Case No. 3:18-bk-01786 |
| KIMBERLEY D. HUNT, ) | Chapter 11 |
| Debtors-in-Possession. ) | Judge: Charles M. Walker |
| ) | |

## ORDER

This cause came before the Court for hearing on the 19th day of June, 2018, at 9:00 a.m., on the Debtors' Expedited Motion to Employ Accountant [Doc 77] ("the Motion"). It appears to the Court that notice of the motion has been given pursuant to LBR 9075 to all interested parties. It further appears to the Court that it is appropriate to grant the relief requested on an expedited basis.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Debtors' Expedited Motion to Employ Accountant is, hereby, GRANTED.

**IT IS SO ORDERED**.

**This Order was signed and entered electronically as indicated at the top of the first page**

APPROVED FOR ENTRY:

KIOUS, RODGERS, BARGER, HOLDER & KING, PLLC

/s/Jason N. King
JASON N. KING, TN BPR No. 27749
503 North Maple Street
Murfreesboro, Tennessee 37130
Tel. (615) 895-5566
Fax (615) 895-8452
jking@krbhk.com
*Attorney for the Debtors-in-possession*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-bk-01786    Doc 92    Filed 06/21/18    Entered 06/21/18 12:13:34    Desc Main
Document      Page 1 of 1