_Charles M. Walker_
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/22/2018



IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KYLE P. HUNT, | ) | Case No. 3:18-bk-01786 |
| KIMBERLEY D. HUNT, | ) | Chapter 11 |
|   Debtors-in-Possession. | ) | Judge: Charles M. Walker |

**AGREED ORDER GRANTING THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF WILSON BANK & TRUST [Doc 57]**

**AFFECTED COLLATERAL: Lot 2 Kennedy Creek, Auburntown, Wilson County, Tennessee**

In accordance with the agreement by and between counsel for Movant, Wilson Bank & Trust, and the Debtors in Possession, as evidenced by their respective signatures herein, the Motion for Relief from Automatic Stay filed by Wilson Bank & Trust [Doc 57] shall be, and hereby is GRANTED, subject to the following terms and conditions:

1) Wilson Bank & Trust hereby releases, remises, and forever discharges the Bankruptcy Estate, the Debtors-in-possession, and each of the Debtors individually ("collectively, the Releasees"), as well as the officers, principals, agents, employees, successors, and assigns, of the Releasees, from any and all liability, claim or debt arising from the obligations evidenced by Proof of Claim No. 18. Furthermore, no portion of the obligations evidenced by Proof of Claim No. 18 shall be asserted or allowed against the Releasees as an unsecured claim. The parties agree that the provisions of this paragraph shall survive the conversion or dismissal of this case.

2) Upon the foreclosure sale or other conveyance of the Affected Collateral, Wilson Bank & Trust shall remit to the Debtors-in-possession any portion of the consideration paid that exceeds the loan payoff, plus the reasonable and necessary costs of sale. The costs

of sale and any compensation paid to professionals with respect to such sale shall be within the limits set forth in LBR 6005-1. Wilson Bank & Trust shall file a statement of sale that complies with LBR 6004-1 within fifteen days of any sale or other conveyance of the Affected Collateral.

IT IS FURTHER ORDERED that the stay in Fed. R. Bankr. P. 4001(a)(3) shall not apply.

It is so ordered.

*This order was signed and entered electronically as indicated at the top of the first page*

APPROVED FOR ENTRY:

KIOUS, RODGERS, BARGER,
HOLDER & KING, PLLC

/s/Jason N. King
JASON N. KING, TN BPR #27749
503 North Maple Street
Murfreesboro, Tennessee  37130
Tel: (615) 895-5566
Fax: (615) 895-8452
jking@krbhk.com

*Attorney for the Debtors*

/s/Robert Evans Lee
Robert Evans Lee, #5629
Lee & Lee Attorneys at Law, P.C.
109 E. Gay Street
Lebanon, TN 37087
615-444-3900
615-443-4503 fax
bkruptcy@leeandlee.com

*Attorneys for Wilson Bank & Trust*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been transmitted electronically to all those receiving notice through the Court Electronic Noticing System, this the 21st day of June, 2018.

                                                /s/ Jason N. King
                                                JASON N. KING

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.