# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
## Case No. 3:18−bk−01786
### Chapter 11

In re:

| | |
|---|---|
| K P. Hunt<br>906 Towhee<br>Celebration, FL 34747 | Kimberley D. Hunt<br>906 Towhee<br>Celebration, FL 34747 |
| Social Security No.:<br>xxx−xx−5087 | Social Security No.:<br>xxx−xx−2977 |

## BILL OF COSTS
## AND NOTICE OF POTENTIAL CLOSURE OF CASE
## WITHOUT DISCHARGE FOR FAILURE TO PAY FILING FEES

To the Debtor(s):

You are receiving this notice and bill of costs because the filing fees for filing your bankruptcy case have not been paid in full.

---

K P. Hunt and Kimberley D. Hunt

COSTS DUE of $ <u>1717.00</u>.

*10* − Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $1717.00 (RE: Ref Doc #2), BY THE COURT: Judge Charles M. Walker (rww)

Payments must be made by cashier's check, money order or cash. If making a cash payment, DO NOT MAIL CASH. Cash payments must be made at the Clerk's Office in person. If mailing a cashier's check or money order make payable and mail to:

CLERK, U.S. BANKRUPTCY COURT
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

---

If the amount referenced above is not paid within 30 days of the date of this notice, your case will be closed without you receiving a discharge. To prevent paying a fee to reopen your case in order for a discharge to be issued, please timely pay the filing fee.

Dated: <u>7/17/18</u>

/s/ MATTHEW T LOUGHNEY
Clerk, U.S. Bankruptcy Court