_Charles M. Walker_
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/20/2018



# UNITED STATES BANKRUPTCY COURT
## IN THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br>**KIMBERLY D. HUNT**<br>**7204 CLOVERDALE WAY**<br>**MURFREESBORO, TN 37129**<br>**SOCIAL: XXX-XX-2977**<br><br>**K P. HUNT**<br>**7204 CLOVERDALE WAY**<br>**MURFREESBORO, TN 37129**<br>**SOCIAL: XXX-XX-5087** | No. 3:18-bk-01786-CHARLES M. WALKER -11<br><br>Relief from stay to enforce lien |

**Debtors**

**Pacific Union Financial, LLC**
**Secured Creditor**

  **Affected Collateral: 7204 Cloverdale Way, Murfreesboro, TN 37129**

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY
## AND ABANDONMENT

      The Secured Creditor identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the affected collateral. Debtor did not respond to the Notice of Preliminary Hearing and Prehearing Order. By signing this Order the attorney for the Secured Creditor represents to the Court that the Motion is unopposed.

      IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the secured creditor and its affected collateral.
      IT IS FURTHER ORDERED that the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

IT IS FURTHER ORDERED that the stay in FED.R.BANKR.P. 4001(a)(3) does not apply.

This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page

Approved for Entry:

*/s/ Winston Davis*
Winston Davis, Bar No. 35104
Attorneys for Pacific Union Financial, LLC
MACKIE WOLF ZIENTZ & MANN, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
(615) 238-3630
(615) 777-4517
gbertrand@mwzmlaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.