IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 18-01786 |
| | ) | |
| K. P. HUNT and | ) | |
| | ) | |
| KIMBERLY D. HUNT, | ) | Chapter 11 |
| | ) | |
| DEBTORS | ) | Judge Charles M. Walker |

## THE ACTING U.S. TRUSTEE'S MOTION TO CONVERT, OR ALTERNATIVELY, DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)(1)

The Acting United States Trustee, Region 8, hereby moves the Court for an order pursuant to 11 U.S.C. § 1112(b)(1) converting Debtors K.P. Hunt's and Kimberly D. Hunt's ("Debtors") Chapter 11 case to one under Chapter 7, or alternatively, dismissing the case. This motion is excluded from Local Rule 9013 and, pursuant to 11 U.S.C. § 1112(b)(3), the U.S. Trustee requests a hearing date not later than 30 days after the filing date of this motion. In support of this Motion, the U.S. Trustee asserts as follows:

1. This Court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Pursuant to 28 U.S.C. § 586(a)(3)(G), the U.S. Trustee is charged with monitoring the progress of cases under the Bankruptcy Code and taking such actions as the U.S. Trustee deems appropriate to prevent undue delay in such progress. The U.S. Trustee has standing to be heard on this Motion pursuant to 11 U.S.C. § 307.

3. On March 15, 2018, Debtors filed a bankruptcy petition seeking relief under Chapter 11 of the Bankruptcy Code. *See* [D.E. 1].

4.   Although operating reports are due the 15th day of the following month, Debtors have not filed a single operating report in this case. Monthly operating reports for April, 2018, through July, 2018, are past-due.

5.   Debtors have also failed to pay $325 in estimated quarterly fees. Additional amounts may also be due since the U.S. Trustee cannot accurately determine the amount owed without reviewing Debtors' monthly operating reports.

6.   The Debtors have yet to file a disclosure statement or chapter 11 plan of reorganization.

7.   Section 1112(b)(1) of the Bankruptcy Code mandates that the bankruptcy court convert or dismiss a chapter 11 case, whichever is in the best interests of creditors and the estate, if the movant establishes cause. *In re V Companies,* 274 B.R. 721, 740 (Bankr. N.D. Ohio 2002). Section 1112(b)(4) of the Bankruptcy Code fails to define the term "cause," but provides a non-exclusive list of circumstances that constitute "cause" for conversion or dismissal. *In re Fall*, 405 B.R. 863, 867 (Bankr. N.D. Ohio 2009). Cause includes failure to timely file monthly operating reports, failure to pay fees, and gross mismanagement. 11 U.S.C. § 1112(b)(4)(B)(F),(K).

8.   Here, Debtors' failure to file monthly operating reports, and failure to pay quarterly fees, constitutes cause justifying conversion or dismissal. 11 U.S.C. § 1112(b)(4)(B),(F),(K).

9.   Although Debtors' Bankruptcy Schedules do not show that Debtors have any assets with equity, given that most of Debtors' assets consist of real property and given the thriving real estate market in this area, it seems to be in the best interest of Debtors' creditors to convert this case to one under Chapter 7 of the Bankruptcy Code to allow a chapter 7 trustee to determine whether there is any equity in the properties that can be realized upon for the benefit of creditors.

10. Alternatively, if the Court determines that dismissal instead of conversion is in the best interests of creditors, the U.S. Trustee requests that the Court dismiss the case.

WHEREFORE, the U.S. Trustee respectfully requests that the Court set this motion for hearing within 30 days, and after hearing, enter an Order converting, or alternatively, dismissing Debtors' case. The U.S. Trustee also requests such other relief as may be appropriate.

Respectfully submitted,

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ Natalie Cox
NATALIE COX
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203
(615) 736-2254/Fax: (615) 736-2260
natalie.cox@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2018, a copy of the foregoing document was sent electronically to registered ECF users and by first class mail, postage prepaid, to the entities listed on the attached mailing matrix:

/s/ Natalie Cox
NATALIE COX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:18-bk-01786<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Wed Aug  1 11:07:47 CDT 2018 | FIRST COMMUNITY BANK OF TENNESSEE<br>c/o Megan Trott<br>P.O. Box 129<br>Shelbyville, TN 37162-0129 | PRA Receivables Management, LLC   +<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| RELIANT BANK<br>1736 Carothers Parkway, Ste 100<br>Brentwood, TN 37027-8167 | WILSON BANK & TRUST<br>PO BOX 768<br>LEBANON, TN 37088-0768 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 |
| AMAC<br>PO Box 1235<br>Elmsford NY 10523-0935 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso TX 79998-1540 |
| Ascend Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 1210<br>Tullahoma TN 37388-1210 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>St. Louis MO 63179-0040 | Coastal States Mortg<br>4000 Hollywood Blvd 4th Floor<br>Hollywood FL 33021-1241 | Dept Of Ed/Navient<br>Attn: Claims Dept<br>P.O. Box 9635<br>Wilkes Barr PA 18773-9635 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany OH 43054-3025 | Diversified Consultants, Inc.<br>Diversified Consultants, Inc.<br>Po Box 551268<br>Jacksonville FL 32255-1268 |
| Eubank Electric<br>103 Nannie Ola Ct<br>Lascassas TN 37085-4644 | First Community Bank<br>Po Box 1027<br>Shelbyville TN 37162-1027 | Foundation Building Materials<br>2741 Walnut Avenue<br>Suite 200<br>Tustin CA 92780-7063 |
| Fox Collection Center<br>Po Box 528<br>Goodlettsvile TN 37070-0528 | Frksynrgybnk<br>3301 Aspen Grove Dr<br>Franklin TN 37067-2903 | Gateway One Lending & Finance<br>Attn: Bankruptcy<br>160 North Riverview Dr. Ste 100<br>Anaheim CA 92808-2293 |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia PA 19101-7317 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | KIOUS,RODGERS,BARGER,HOLDER,&KIOUS PLLC<br>503 N. MAPLE<br>Murfreesboro TN 37130-2833 |

| | | |
|---|---|---|
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee WI 53201-3043 | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-5660 | LINE BY LINE PAINTING<br>5026 HECTOR LANE<br>LA VERGNE TN 37086-2574 |
| Line by Line Painting<br>5026 Hecotr Lane<br>Russellville TN 37860 | Meridian Brick<br>6455 Shiloh Road<br>Suite D<br>Alpharetta GA 30005-8353 | My Son's Concrete<br>6239 Burnt Knob Road<br>Murfreesboro TN 37129-2631 |
| Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Nissan Motor Acceptanc<br>Po Box 660360<br>Dallas TX 75266-0360 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX  75266-0366 |
| Pacific Union Financia<br>1603 Lbj Fwy Ste 500<br>Farmers Branch TX 75234-6071 | Pinnacle Bank<br>114 W College St<br>Murfreesboro TN 37130-3501 | Pinnacle Bank<br>150 3rd Ave South<br>Nashville TN 37201-2034 |
| Premier Endocrinology<br>3004 17th Street<br>Saint Cloud FL 34769-6011 | R & S Flooring<br>8105 Moores Lane<br>Suite 500<br>Brentwood TN 37027-8045 | Region/ams<br>Po Box 216<br>Birmingham AL 35201-0216 |
| Reliant Bank<br>Attn.: Mr. J. Richard Belote, Jr.<br>1736 Carothers Parkway, Suite 100<br>Brentwood, Tennessee 37027-8167 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Syncb/ccdstr<br>Po Box 96060<br>Orlando FL 32896-0001 |
| Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis MN 55440-9475 | TekCollect Inc<br>Po Box 1269<br>Columbus OH 43216-1269 | Tn Child Support<br>Department of Human Services<br>400 Deadrick St  Citizens Plaza<br>Nashville TN 37243-0001 |
| US TRUSTEE  +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Walter Hill Plumbing<br>PO Box 4129<br>Murfreesboro TN 37129-4729 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine CA 92623-9657 |

| | | |
|---|---|---|
| Wilson Bank & Trust<br>623 W Main St<br>Lebanon TN 37087-3400 | Wilson Bank & Trust<br>623 West Main St.<br>Lebanon TN 37087-3400 | JASON NATHANIEL KING +<br>Kious, Rodgers, Barger, Holder, & Kious<br>503 North Maple St.<br>Murfreesboro, TN 37130-2833 |
| K P. Hunt<br>906 Towhee<br>Celebration, FL 34747-4201 | Kimberley D. Hunt<br>906 Towhee<br>Celebration, FL 34747-4201 | c/o ASST U S ATTORNE INTERNAL REVENUE SERVIC<br>110 9TH AVENUE, SUITE A-961<br>NASHVILLE, TN 37203-3870 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
Attn: Bankruptcy
21210 Erwin St
Woodland Hills CA 91367

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Pacific Union Financial, LLC | (d)First Community Bank of Tennessee<br>c/o Megan Trott<br>P.O. Box 129<br>Shelbyville, TN 37162-0129 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Reliant Bank<br>1736 Carothers PKWY Ste 100<br>Brentwood TN 37027-8167 | (d)Wilson Bank & Trust<br>PO Box 768<br>Lebanon, TN 37088-0768 | End of Label Matrix<br>Mailable recipients   65<br>Bypassed recipients    5<br>Total                 70 |